AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 3:00 pm, Jul 31, 2020

MICHAEL WOODS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19-cv-125

CHAD GARRETT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on July 31, 2020, this case is dismissed without prejudice. In forma pauperis status on appeal is denied.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: July 31, 2020

John E. Triplett, Acting Clerk

(By) Deputy Clerk